UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ARTHUR O. ARMSTRONG,                          )
                                              )
                         Plaintiff,           )
                                              )
             v.                               )         **JUDGMENT**
                                              )
NORTH CAROLINA, QUENTIN T. SUMNER,            )         5:24-CV-336-BO
and RACHEL JOYNER,                            )
                                              )
                         Defendants.          )
                                              )

**Decision by Court.**
This matter is before the Court *sua sponte* on plaintiffs complaint and the Court's permanent pre-filing injunction.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs complaint is DISMISSED and plaintiff is SANCTIONED in the amount of $1,215.00.

This case is closed.

**This judgment filed and entered on October 2, 2024, and served on:**
Arthur O. Armstrong (via US Mail to 8113 Pleasant Hill Road, Elm City, NC 27822)


                                    PETER A. MOORE, JR., CLERK
October 2, 2024
                                     /s/ Lindsay Stouch
                                    By: Deputy Clerk